# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARKEITH FARMER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. 1:15-cv-00549-RDP-TMP |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The above-styled action for *habeas corpus* relief was filed by Petitioner, Markeith Farmer, pursuant to 28 U.S.C. § 2241.  The above-styled action was reassigned to the Honorable R. David Proctor on August 17, 2016.  (Doc. 8).  A Notice of Reassignment was mailed to the petitioner.  The notice was returned to the court marked undeliverable on August 26, 2016.  (Doc. 9).  According to the Federal Bureau of Prisons website, Petitioner was released from the Federal Correctional Institution in Talladega, Alabama on July 5, 2016.  On August 31, 2016, the court issued to Plaintiff an Order to Show Cause, informing him that he had thirty days to show cause why his *habeas* petition should not be dismissed for want of prosecution.  (Doc. 10).  The Order to Show Cause was returned as undeliverable and marked released on September 8, 2016.  (Doc. 11).

Accordingly, the petition for *habeas corpus* pursuant to 28 U.S.C. § 2241 is due to be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. An Order of Final Judgment shall be entered contemporaneously herewith.

**DONE** and **ORDERED** this October 17, 2016.

                                        **R. DAVID PROCTOR**
                                        UNITED STATES DISTRICT JUDGE